```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

JEFFREY THOMAS              :        CIVIL ACTION

    vs.                     :

TAMMY FERGUSON, et al.      :        NO. 18-CV-2561


<u>ORDER</u>

AND NOW, this 17th day of December, 2018, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus and Request to Stay and Hold in Abeyance, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley and objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The Petition for a Writ of Habeas Corpus and Request to Stay and Hold in Abeyance are DENIED;
3. There is <u>no</u> basis for the issuance of a certificate of appealability; and
4. The Clerk of Court shall mark this matter CLOSED.

                                  BY THE COURT:


                                  <u>s/J. Curtis Joyner</u>
                                  J. CURTIS JOYNER, J.